542      SUPREME COURT OF WISCONSIN.      [91

Pool vs. Norwich Union Fire Assurance Society.

POOL, Respondent, vs. LANCASHIRE INSURANCE COMPANY, Appellant.

*November 13 — November. 26, 1895.*

*Pool v. Milwaukee Mechanics' Ins. Co., ante,* p. 530, followed.

APPEAL from a judgment of the circuit court for Ashland county: JOHN K. PARISH, Circuit Judge. *Reversed.*

POOL, Respondent, vs. NORWICH UNION FIRE ASSURANCE SOCIETY, Appellant.

*November 13 — November 26, 1895.*

*Pool v. Milwaukee Mechanics' Ins. Co., ante,* p. 530, followed.

APPEAL from a judgment of the circuit court for Ashland county: JOHN K. PARISH, Circuit judge. *Reversed.*

For the appellant there was a brief by *Mylrea, Marchetti & Bird,* and oral argument by *W. H. Mylrea.*

*W. L. Windom* and *Gabe Bouck,* for the respondent.

CASSODAY, C. J. This case is substantially the same as *Pool v. Milwaukee Mechanics' Ins. Co., ante,* p. 530, except that the policy is only for $1,000, and the defendant's agent

did not sign the salvage stipulation. For the reasons given in the opinion filed in that case, the judgment of the circuit court is reversed, and the cause is remanded for a new trial.